■ BERNARR C. SCHAEFFER, Respondent, v MARSHALL C. LIPTON, Appellant. [693 NYS2d 855] —Appeal from an order of the Supreme Court (Ferradino, J.), entered December 18, 1998 in Ulster County, which denied defendant's motion for summary judgment dismissing the third cause of action.

Order affirmed, upon the opinion of Justice Stephen A. Ferradino.

Mercure, J. P., Crew III, Yesawich Jr. and Graffeo, JJ., concur. Ordered that the order is affirmed, with costs.